DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GORDON CRITTENDON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-92

[April 5, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case Nos. 312014CF001298A and 312015CF000199A.

Gordon Crittendon, Miami, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***